**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, U.A., AFL-CIO | CIVIL ACTION NO. 03-1224 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| FIRE SECURITY SYSTEMS, INC. AND ROYAL SUPPLY,INC. | MAGISTRATE JUDGE HAYES |

**MEMORANDUM RULING**

Before the Court is Plaintiff's "Application for Partial Default Judgment Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure." [Doc. No. 25] Plaintiff's motion seeks a default judgment against Defendant, Fire Security Systems, Inc. ("FSS") for failure to make an appearance herein or to respond or plead to Plaintiff's Complaint and First Amended Complaint.

The Clerk of Court issued Notice of Entry of Default against FSS on August 20, 2004. The instant motion was filed on September 21, 2004. However, Plaintiff filed a motion to delay required submission of the motion until completion of all parties' discovery. [Doc. No. 27] The Court granted the motion to delay submission. [Doc. No. 29]

A default judgment was entered against Defendant, Royal Supply, Inc. On January 3, 2006 [Doc No. 71] and Amended on January 11, 2006 [Doc. No. 72]. Accordingly, there is no ongoing discovery and no reason to further delay submission of the Plaintiff's motion for default judgment as to Defendant FSS.

Accordingly, Plaintiff's Motion for Default as to FSS [Doc. No. 25] is **GRANTED** and the Court hereby orders that a default judgment be entered against Defendant, Fire Security Systems, Inc. compelling it to arbitrate the Plaintiff's grievance of January 14, 2003 pursuant to the provisions of these parties' current Collective Bargaining Agreement.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE